*Arthur J. Davis,* pro se, on the motions.

Submitted September 5—decided September 24, 1969

### State of Connecticut *v.* Patrick Seno

The petition by the defendant for a writ of coram nobis is dismissed.

The motion by the defendant for an order to show cause is dismissed.

*Patrick Seno,* pro se, on the petition and on the motion.

Submitted September 9—decided September 24, 1969

The motion by the state for an order requiring or appointing counsel for the defendant is dismissed.

*David B. Salzman,* assistant state's attorney, on the motion.

Submitted September 15—decided September 24, 1969

Submitted September 9—decided September 24, 1969